

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Thomas E. Stafford,

No. 11-18-00180-CR

* Original Mandamus Proceeding

* July 19, 2018

* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has considered Relator's petition for writ of mandamus and concludes that the writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.